# SCHNELLER & LOMENICK, P.A.

**Attorneys at Law**
**126 North Spring Street**
**P. O. Box 417***
**Holly Springs, Mississippi 38635**

**Karen B. Schneller**                                                                                         Phone: 662-252-3224
**Robert H. Lomenick, Jr.**                                                                                Fax:    662-252-2858

December 20, 2019

United States Bankruptcy Court
Northern District of Mississippi
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730

        **RE:**   **Margaret Jones**
                  **Chapter 13, Case # 19-13766**

Dear Clerk:

Please be advised that the correct mailing address for the debtor in the above referenced cause of action is as follows:

**Margaret Jones**
**560 Huggins Drive**
**Holly Springs, MS 38635**

Should you have any questions or need any further information, please do not hesitate to contact my office.

                                              Sincerely,

                                              /s/ Robert H. Lomenick

KBS-RHL/jh